**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1107**

---

ROBERT V. MCLEMORE,

Plaintiff - Appellant,

versus

ROBERT C. STEPHENS; ROBERT C. PRYOR; MARVIN R.
WOOTEN, U.S. Bankruptcy Judge; GEORGE R.
HODGES, U.S. Bankruptcy Judge,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-97-480-3-P)

---

Submitted: April 29, 1998          Decided: May 15, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert V. McLemore, Appellant Pro Se. Philip Marshall Van Hoy, VAN HOY, REUTLINGER & TAYLOR, Charlotte, North Carolina; William Kearns Davis, BELL, DAVIS & PITT, P.A., Winston-Salem, North Carolina; James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action after finding the claims barred by res judicata and collateral estoppel. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McLemore v. Stephens</u>, No. CA-97-480-3-P (W.D.N.C. Dec. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2